**SO ORDERED**

**SIGNED this 20 day of March, 2023.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### FAYETTEVILLE DIVISION

IN RE:

ELIZABETH B STEWART　　　　　　　　　　　CASE NO: 22-02078-5-PWM
1144 WINDMILL ROAD　　　　　　　　　　　　CHAPTER 13
FAYETTEVILLE, NC 28312

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:　$440.00 per month for a period of 5 months followed by
　　　　$478.00 per month for a period of 55 months

To:　　$440.00 per month for a period of 6 months followed by
　　　　$505.00 per month for a period of 54 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/ *[signature]*
Mark M. Harris
Attorney for Debtor(s)
Smith Dickey Dempster Carpenter & Harris
309 Person Street
Fayetteville, NC 28302
Telephone: (910) 484-8195
Facsimile: (910) 484-4335
NC State Bar No.: 31573
Email: Mark@smithdickey.com

/s/ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern NC 28563
Telephone: (252) 633-0074
NC State Bar No.: 19817
Email: chapter13@bledsoe13.com

"End of Document"